Jenner & Block LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Anna K. Lyons (SBN 324090)
alyons@jenner.com
Eric H. Lamm (SBN 324153)
elamm@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, CA  90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

*Attorneys for Plaintiff*
*Warner Bros. Entertainment Inc.*

Kesselman Brantly Stockinger LLP
Amy Thomas Brantly (SBN 210893)
abrantly@kbslaw.com
Kara D. McDonald (SBN 225540)
kmcdonald@kbslaw.com
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA  90266
Telephone:  (310) 307-4555
Facsimile:   (310) 307-4570

Berger Singerman LLP
Heidi H Tandy (admitted *pro hac vice*)
htandy@bergersingerman.com
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:   (305) 714-4340

*Attorneys for all Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>RANDOM TUESDAY, INC., a Connecticut corporation, dba HOGWARTS RUNNING CLUB, CHILTON RUNNING CLUB, and POTTERHEAD RUNNING CLUB; BRIAN BIGGS, an individual; and DAWN BIGGS, an individual,<br><br>        Defendants and Counter-Claimants. | Case No. 2:20-cv-02416-JAK-PLA<br><br>The Honorable John A. Kronstadt<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Action Filed:         March 13, 2020<br><br>Counterclaim Filed: December 14, 2020 |

1 | Having considered the papers, and finding that good cause exists, the
2 | Parties' Stipulated Protective Order is **granted**.
3 | **IT IS SO ORDERED.**

*Paul L. Abrams*

5 | DATED: March 5, 2021

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE