JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
AJThomas@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Warner Bros. Entertainment Inc., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-02416-SB-PLA |
| v. | |
| Random Tuesday, Inc., et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jaffré, Rémi J. D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-891-1600          212-891-1699
*Telephone Number*     *Fax Number*

RJaffre@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY  10036-2711
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warner Bros. Entertainment Inc.

*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Thomas, Andrew J.
*Designee's Name (Last Name, First Name & Middle Initial)*

159533          213-239-5100          213-239-5199
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

AJThomas@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated:** February 15, 2022

*[signature]*

**U.S. District Judge**