JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Anna K. Lyons (SBN 324090)
alyons@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Tel.: (213) 239-5100 | Fax: (213) 239-5199

*Attorneys for Plaintiff/Cross-Defendant*
Warner Bros. Entertainment Inc.

KESSELMAN BRANTLY STOCKINGER LLP
Amy T. Brantly (SBN 210893)
abrantly@kbslaw.com
Kara D. McDonald (SBN 225540)
kmcdonald@kbslaw.com
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA  90266
Tel.: (310) 307-4555 | Fax: (310) 307-4570

BERGER SINGERMAN
Heidi H. Tandy (*PHV*)
htandy@bergersingerman.com
1450 Brickell Avenue
Suite 1900
Miami, FL  33131
Tel.: (305) 755-9500
Fax: (305) 714-4340

*Attorneys for Defendants/Counter-Claimants*
Random Tuesday, Inc., Brian Biggs, and Dawn Biggs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RANDOM TUESDAY, INC., a Connecticut corporation, dba HOGWARTS RUNNING CLUB, CHILTON RUNNING CLUB, and POTTERHEAD RUNNING CLUB; BRIAN BIGGS, an individual; and DAWN BIGGS, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:20-cv-02416-SB-PLA<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS' THIRD AND TWENTY-THIRD AFFIRMATIVE DEFENSES**<br><br>Judge: The Honorable Stanley Blumenfeld, Jr.<br>Ctrm:  6C |

Plaintiff and Counterclaim Defendant Warner Bros. Entertainment Inc. ("Plaintiff") and Defendants and Counterclaimants Random Tuesday, Inc., Brian Biggs, and Dawn Biggs (collectively, "Defendants," and together with Plaintiff, the "Parties") through their undersigned counsel of record, and subject to the approval of the Court, hereby enter into this Stipulation to Dismiss Defendants' Affirmative Defense Nos. 3 and 23, with reference to the following facts:

1. On March 13, 2020, Plaintiff filed its Complaint in the above-captioned matter (ECF No. 1).

2. On November 30, 2020, Plaintiff filed its Amended Complaint, and on December 14, 2020, Defendants filed their Answer to the Amended Complaint and a Counterclaim (ECF Nos. 46, 50).

3. Defendants' Answer asserts 32 affirmative defenses, including Waiver (Third Affirmative Defense) and License (Twenty-Third Affirmative Defense).

4. In connection with contemplated motions for summary judgment, the Parties have met and conferred regarding several of Plaintiff's claims and Defendants' affirmative defenses and have reached the following agreement.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

Upon approval by the Court, Defendants' Third and Twenty-Third Affirmative Defenses shall be dismissed with prejudice. To the extent that there is an overlap of factual issues between Defendants' Third and Twenty-Third Affirmative Defenses and other Affirmative Defenses asserted by Defendants, the Parties agree that an order dismissing Defendants' Third and Twenty-Third Affirmative Defenses does not constitute a decision on those overlapping factual issues or otherwise preclude Defendants from maintaining any other of its Affirmative Defenses.

| | | |
|---|---|---|
| Dated: March 7, 2022 | | JENNER & BLOCK LLP |
| | By: | */s/ Andrew J. Thomas* |
| | | Andrew J. Thomas |
| | | Gianni P. Servodidio |
| | | Rémi J.D. Jaffré |
| | | Elizabeth H. Baldridge |
| | | Anna K. Lyons |
| | | Kristen Green |
| | | *Attorneys for Plaintiff*  *Warner Bros. Entertainment Inc.* |
| Dated: March 7, 2022 | | KESSELMAN BRANTLY STOCKINGER LLP |
| | By: | */s/ Amy T. Brantly* |
| | | Amy T. Brantly |
| | | Kara D. McDonald |
| | | BERGER SINGERMAN |
| | By: | */s/ Heidi H. Tandy* |
| | | Heidi H. Tandy |
| | | *Attorneys for Defendants and Counter-Claimants*  *Random Tuesday, Inc., Brian Biggs, and Dawn Biggs* |

3
JOINT STIPULATION TO DISMISS AFFIRMATIVE DEFENSES
CASE NO. 2:20-cv-02416-SB-PLA

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Andrew J. Thomas, am the ECF User whose ID and password are being used to file this Joint Stipulation to Dismiss Defendants' Third and Twenty-Third Affirmative Defenses.  In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that Amy Brantly and Heidi Howard Tandy have concurred with this filing.

Dated:  March 7, 2022                         JENNER & BLOCK LLP

By:   */s/ Andrew J. Thomas*
        Andrew J. Thomas

*Attorneys for Plaintiff*
*Warner Bros. Entertainment Inc.*